

## Court of Appeals

BRIAN QUINN
Chief Justice

JAMES T. CAMPBELL
Justice

MACKEY K. HANCOCK
Justice

PATRICK A. PIRTLE
Justice

Seventh District of Texas
Potter County Courts Building
501 S. Fillmore, Suite 2-A
Amarillo, Texas 79101-2449
www.txcourts.gov/7thcoa.aspx

VIVIAN LONG
Clerk

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

August 18, 2015

Steven M. Denny
Attorney at Law
2414 Line Avenue
Amarillo, TX 79106
* DELIVERED VIA E-MAIL *

**RE:**   Case Number:  07-15-00067-CR, 07-15-00068-CR
Trial Court Case Number: 67,370-B, 68,439-B

**Style:** Jeremy Edwards Sustaita v. The State of Texas

Dear Counsel:

By Order of the Court, the motion for an extension of time to file Appellant's brief is this day granted.  The brief is due on or before **Thursday, September 17, 2015.**

Ordinarily, the Court does not grant requests for subsequent extensions absent good cause.  The Court does not generally consider the normal press of business good cause.  *See Curry v. Clayton*, 715 S.W. 2d 77, 79 (Tex. App.—Dallas 1986, no writ).

Very truly yours,

*Vivian Long*
VIVIAN LONG, CLERK

xc:   Randall C. Sims (DELIVERED VIA E-MAIL)